In the Matter of the CITY OF NEW YORK, Respondent, Acting for and on Behalf of the NEW YORK CITY HOUSING AUTHORITY, Relative to Acquiring Title to Real Property within the Area Bounded by PEARL and OTHER STREETS, Borough of Manhattan, Selected as a Site for Housing Project, Known as Gov. ALFRED E. SMITH HOUSES. ROSE F. GOLDEN et al., Appellants.—

Settle order on notice reversing findings and conclusions inconsistent herewith and containing such new findings as are necessary. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.